| Return | | |
|---|---|---|
| Case No.: 7:16MJ0045 | Date and time warrant executed: 3/23/16 1:41 PM | Copy of warrant and inventory left with: On file with the USPIS |

Inventory made in the presence of:
Inspector McAlister

Inventory of the property taken and name of any person(s) seized:

Two (2) bundles of a green leafy substance that field tested positive for marijuana. Total field weight: 2 pounds 4.1 ounces

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

3/29/2016

JULIA C. DUDLEY, CLERK
BY: S. Sakalas
DEPUTY CLERK

Received in Chambers
by electronic mail
March 25, 2016
at 12:06 PM
Hon. Robert S. Ballou
United States Magistrate

SM SM SM SM

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/16

Sean P. McAfrsty
Executing officer's signature

Sean P. McAfrsty, U.S. Postal Inspector
Printed name and title